1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KENNETH I. EDMONTON,                    CASE NO. 1:08-cv-01712-OWW-SMS PC

10                        Plaintiff,        ORDER FINDING SERVICE OF COMPLAINT
                                            APPROPRIATE, AND FORWARDING
11        v.                                SERVICE DOCUMENTS TO PLAINTIFF FOR
                                            COMPLETION AND RETURN WITHIN
12  THERESA MORRISEY, et al.,               FIFTEEN DAYS

13                        Defendants.       (Doc. 1)
    _____/

14

15        Plaintiff Kenneth I. Edmonton ("Plaintiff") is a civil detainee proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

17  November 10, 2008, and on January 13, 2009, Plaintiff filed an amended complaint as a matter of

18  right.  Fed. R. Civ. P. 15(a).  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C.

19  § 1915(e)(2) and finds that it states cognizable claims for relief under section 1983 for violation of

20  the First Amendment and the Due Process Clause of the Fourteenth Amendment.  Fed. R. Civ. P.

21  8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th

22  Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

23        1.      Service is appropriate for the following defendants:

24                **THERESA MORISSEY**

25                **DANIEL MEEKS**

26                **PAM AHLIN**

27                **JOSE VALENCIA**

28                **WILEY**

1

2.    The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 13, 2009.

3.    Within **fifteen (15) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.    Completed summons;

b.    One completed USM-285 form for each defendant listed above; and

c.    Six (6) copies of the endorsed amended complaint filed January 13, 2009.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    February 17, 2009**        **/s/ Sandra M. Snyder**

UNITED STATES MAGISTRATE JUDGE